BUSHONG v. TAYLOR *et. al.*, *Trustees, Appellants.*

Execution. A second execution should not be quashed merely because it is not entitled an "*alias* execution."

*Appeal from Pettis Circuit Court.*—HON. WM. T. WOOD, Judge.

AFFIRMED.

*E. J. Smith, W. S. Shirk* and *F. A. Sampson* for appellants.

*G. P. B. Jackson* and *G. C. Heard* for respondent.

SHERWOOD, J.—This case is an offshoot of the case of *Bushong v. Taylor, ante,* p. 660, the only point in it being whether the trial court ruled correctly in refusing to quash a second execution, merely because it was not entitled an " alias execution."

The ruling was proper. The first execution was a void writ, because it recited a judgment which had no existence, *i. e.,* one rendered against the trustees *personally,* whereas in fact the judgment was only for the sale of the property.

Therefore, judgment affirmed.    All concur.